U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 1 3 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| MARK ANTHONY ROBICHAUX | CIVIL ACTION NO. 08-0278; SEC. P |
| VERSUS | JUDGE DRELL |
| AVOYELLES PARISH CORR. CENTER, ET AL. | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's claims against the following entities:

Avoyelles Correctional Center, J.B. Evans Correctional Center,

and South Louisiana Correctional Center,

are hereby **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief can be granted pursuant to 28 U.S.C. §1915(e)(2)(b).

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, on this _12th_ day of _August_, 2008.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE