RECEIVED
IN ALEXANDRIA, LA.
MAY 26 2009
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MARK ANTHONY ROBICHAUX, Plaintiff | CIVIL ACTION NO. CV08-0278-A |
| VERSUS | |
| AVOYELLES CORRECTIONAL CENTER, et al., Defendants | JUDGE DEE D. DRELL MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Robichaux's complaint be DISMISSED WITHOUT PREJUDICE for failure to comply with an order of this Court and for failure to serve the defendants.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 26th day of May, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE